Notice of Undeliverable Mail to Court - Adversary Proceeding

September 10, 2017

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: Kalisha Brewster, Plaintiff
       Michael Nulph, Defendant
       Adv. Proc. No. 17-05004 MJK

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
William R. Little


Reason Undeliverable: INCOMPLETE ADDRESS